| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | VICTOR M. CHAVEZ, BAR #113752 |
| | Assistant Federal Defender |
| 3 | 2300 Tulare Street, Suite 330 |
| | Fresno, CA 93721-2226 |
| 4 | Telephone: (559) 487-5561 |
| | Fax: (559) 487-5950 |
| 5 | |
| | Attorney for Defendant |
| 6 | JERONIMO CASTRO-AJTUN |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 1:17-cr-00052-LJO-SKO |
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE STATUS |
| vs. | ) | CONFERENCE; ORDER |
| | ) | |
| JERONIMO CASTRO-AJTUN, | ) | Date: November 6, 2017 |
| | ) | Time: 1:00 p.m. |
| Defendant. | ) | Judge: Hon. Sheila K. Oberto |
| | ) | |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Brian W. Enos, counsel for plaintiff, and Assistant Federal Defender Victor M. Chavez, counsel for Jeronimo Castro-Ajtun, that the status conference currently scheduled for October 30, 2017, at 1:00 p.m., may be moved to November 6, 2017, at 1:00 p.m.

The defense proposes this continuance because defense counsel will be out of the State on October 30, 2017. The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time

/ / /

/ / /

/ / /

set forth herein for effective defense preparation, defense investigation, and plea negotiation purposes pursuant to 18 U.S.C. § 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: October 26, 2017     */s/ Brian W. Enos*
BRIAN W. ENOS
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: October 26, 2017     */s/ Victor M. Chavez*
VITOR M. CHAVEZ]
Assistant Federal Defender
Attorney for Defendant
JERONIMO CASTRO-AJTUN

# **O R D E R**

Pursuant to the parties' stipulation, the status conference currently scheduled for October 30, 2017, at 1:00 p.m., is hereby continued to November 6, 2017, at 1:00 p.m. In accordance with the parties' agreement, time is excluded for defense preparation, defense investigation, and plea negotiation purposes.

The court notes that this case has been pending since March 2017. If the parties are unable to resolve the case prior to the next status conference, they shall be prepared to select a mutually acceptable trial date before Chief District Judge Lawrence J. O'Neill at the November 6, 2017, status conference.

IT IS SO ORDERED.

Dated:  **October 26, 2017**          /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE