McGREGOR W. SCOTT
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br><br>  v.<br><br>JERONIMO CASTRO-AJTUN,<br><br>                   Defendant. | Case No. 1:17-CR-00052-LJO-SKO<br><br>FINAL ORDER OF FORFEITURE |

WHEREAS, on October 2, 2018, the Court entered a Preliminary Order of Forfeiture, forfeiting to the United States all right, title, and interest of defendant Jeronimo Castro-Ajtun in the following property:

    a. Sandisk 32GB SD card, serial number 4C530010541216121530;

    b. Hewlett Packard laptop computer, serial number 20CC0E0090D03500;

    c. Western Digital hard drive, serial number WD10JPVX;

    d. Sony Vaio laptop computer, serial number J2180053HUDY5C;

    e. Hitachi hard drive, serial number HTS547564A9E384;

    f. Lexar 16GB USB drive, serial number AA00000000000485; and

    g. SD cards, compact discs, hard drives, or other electronic storage devices containing visual depictions of minors engaged in sexually explicit conduct.

///

AND WHEREAS, beginning on October 5, 2018, for at least thirty (30) consecutive days respectively, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253, to be disposed of according to law, including all right, title, and interest of Jeronimo Castro-Ajtun.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Customs and Border Protection shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated: **January 2, 2019**     /s/ Lawrence J. O'Neill
             UNITED STATES CHIEF DISTRICT JUDGE